# EXHIBIT B

FREEPORT POLICE DEPARTMENT
40 N OCEAN AVE
FREEPORT, NY 11520

# VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00176-23            Impound Date: 01/22/2023      Time: 16:51
                                       Release Date: 01/26/2023      Time: 15:40

Registration: KJA2646                  State: NY                     Year: 2017
VIN:                                   Blotter Number: FR-002099-23
Make: NISSAN                           Case Number:
Model: RGE                             Color: BLACK

TO: NON STOP TOWING
Address: 99 MAPLE PL
         FREEPORT, NY 11520

This will authorize you to release the above described vehicle to the person listed below.

Release To: MUIR, APRIL
Address: 

Plate No.: KJA2646                     State: NY
Proof of Ownership: REGISTRATION

                                       REMARKS
FULL RELEASE

Authority (Desk Officer):
    Shield No.:                        Serial No.:

Signature of Person Claiming Vehicle: X [signature]
Address of Person Claiming Vehicle:

Officer's Signature: X [signature] #205

**PETITIONER'S EXHIBIT 5 JM 1/17/23**

```
                          40 N OCEAN AVE
                          FREEPORT, NY 11520-
                           (516) 378-0700

                    VEHICLE RELEASE AUTHORIZATION

Impound Number: FR-00770-20        Impound Date: 11/10/2020   Time: 18:53
                                   Release Date: 11/24/2020   Time: 11:28

RE: Registration - HFA3718   State - NY   Year - 2015

    VIN..: 1C3CCCCB7FN545163          Blotter Number: FR-020294-20

    Make : CHRYSLER                   Case Number...:

    Model: 200                        Color.........: BLK


   To.....: ALL COUNTY TOWING
   Address: 66 E MERRICK RD FREEPORT


   This will authorize you to release the above described vehicle to
   the person listed below.

   Release To: HIGGS, ALBERTO T

   Address...: [REDACTED]

   Plate No..: HFA3718         State: NY
   Proof of Ownership: LTTR FROM VILL CT/TITLE
                                        REMARKS


       Authority (Desk Officer): DIS JOHN J DIXON

                   Shield No: 203        Serial No.: 24210

   Signature of Person Claiming Vehicle: x Alberto [signature]
   Address of Person Claiming Vehicle..: [REDACTED]
                                         Freeport NY 11520

   Desk Officer's Signature....: [signature] #203
```