**EXHIBIT D**

CONTRACTOR

# VILLAGE OF FREEPORT
## Nassau County, New York



Contract and Specifications
For

## 2018 TOWING OF VEHICLES
### RE-BID

### MAYOR
### ROBERT T. KENNEDY

**TRUSTEES**

WILLIAM H WHITE  JORGE MARTINEZ
CARMEN PIÑEYRO  RONALD J. ELLERBE

1

**TOWING COMPANY:** _____

**CONTRACT PROPOSAL AMOUNT TO BE PAID TO VILLAGE**

For the contract to provide all labor, materials and equipment necessary for towing and storage of vehicles as described in these specifications, the Contractor declares that the Contractor will pay the Village of Freeport no later than the 15th of the month for all tows performed in the previous month, the following amounts:

Unit Price **per tow** to be paid to the Village of Freeport for Towing

$ _451.00_ Per Tow
*****Minimum bid of $450.00 per tow

Failure to bid above the minimum bid price of $450.00 per tow will be grounds to reject the bid.

Included in the above rates, the Tow Operator will tow each Village owned vehicle (including vans, police and municipal vehicles) disabled within the boundaries of the Incorporated Village of Freeport to the Village Garage located at 355 Albany Avenue, Freeport, NY for the following rate per vehicle during the following hours:

Mondays through Fridays between 4:00 P.M. to 7:00 A.M.
$60.00 per towed passenger vehicle
$100.00 per towed Village Truck.

Fridays 4:00 P.M. through Monday 7:00 A.M.
Village Holidays.
$75.00 per towed passenger vehicle
$200.00 per towed Village Truck.

Unit Price paid by Freeport to the Tow Operator for Towing or Road Service for each Village Owned vehicle will be paid by deduction.

Included in the above rates, the Tow Operator will tow each motor vehicle (including vans, police and municipal vehicles, buses, and trucks) disabled (accident, impound or road service) within the boundaries of the Incorporated Village of Freeport to the Tow Operator's facility as authorized by the Village and in compliance with the Village specifications for a towing license. If the owner or operator of the vehicle has not been incapacitated or removed from the accident scene the owner or operator may elect to have the vehicle towed to an alternate location (accidents or road service) and pay the tow charges, based upon the rates in accordance with the Village Code. If towing a Village owned or leased vehicle, the vehicle will be towed to a location specified by the Village Department of Public Works or the Village Police Department, without additional towing charges.

14

ACT000014

Dated: 3/14, 2018

(Name of Organization)

By: All County Towing & Recovery

Title: president

STATE OF NEW YORK )
:ss:
COUNTY OF Nassau )

I, _____ being duly sworn, deposes and says that he/she is the president of and that the answers to the foregoing questions and all statements therein contained are true and correct.

Sworn to before me this 14th day of March, 2018

_____
Notary Public

CRAIG ROBERTS
Notary Public, State of New York
No. 4620421
Qualified in Nassau County
Commission Expires June 30, 20__

20

ACT00002