**EXHIBIT E**

11/3/23, 11:50 AM                                                                              Invoice

# Non-Stop Towing and Recovery

99 Maple pl, Freeport NY 11520
Phone: (516) 546-8697 | Fax : (516) 546-8837

# Impound Invoice

Printed 11/3/2023

**Released To**

| | | | |
|---|---|---|---|
| Call # | 10729 | Reason for Impound | susp reg |
| Stock # | 16486943 | VIN Number | 1HTSDZ7N6MH344851 |
| Case # | 2188-23 | Model | 1991 International 4900 (White) |
| Account | Freeport Police Dept | License Plate | 10415MK (NY) |
| Date/Time Impounded: | 11/2/2023 10:45 AM | Drivable | Yes |
| Date/Time Released: | 11/3/2023 11:50 AM | Keys | No |
| Days Held in Impound | 2 days | Towed from | PF7 Freeport NY 11520 |
| | | Stored at | DOT #1 sunrise hwy, freeport NY 11520 |

| Storage charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Storage - Storage Fees) Impounds/Storage: Daily Impound Rate | 2 | $125.00 | $250.00 |

| Towing charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Towing) FPD IMPOUND TOW | 2 | $750.00 | $1,500.00 |

| | |
|---|---|
| Towing SubTotal | $1,500.00 |
| Storage - Storage Fees SubTotal | $250.00 |
| Subtotal | $1,750.00 |
| Taxes | $150.94 |
| Grand Total | $1,900.94 |
| **Amount Due:** | **$0.00 / Paid** |

American Express payment of $1,900.94 applied on 11/3/2023

Non-Stop Towing and Recovery appreciates your business; if you have any questions regarding this invoice, please contact us at (516) 546-8697. Thank you.

**Damage Disclaimer:**
I Have been advised that my vehicle may be damaged if winched, towed, unlocked, jump started, tire changed or left on unattended premises. I recognize the difficulty involved and I agree not to hold Non-Stop Towing and Recovery responsible for such damages should it result. I, the undersigned do hereby certify that I am legally authorized and entitled to take possession of the vehicle described and all personal property therein. I have received the vehicle and all personal property in satisfactory condition.

Signature: _____  Date: _____

Representative Title: president

---

NON-STOP TOWING & RECOVE
99 MAPLE PL
FREEPORT, NY 115204603
5165468837

Transaction 100252
Subtotal                $1,900.94
Non-Cash Adj. 4%           $76.04
Total                   $1,976.98
CREDIT CARD SALE        $1,976.98
AMEX 7005

Retain this copy for statement validation

03-Nov-2023 11:49:24A
$1,976.98 | Method: EMV
AMERICAN EXPRESS
XXXXXXXXXXX7005
ANTHONY NATALE
Reference ID: 3307700542665
Auth ID: 864562
MID: ************6513
AID: A000000025010801
SIGNATURE

Online: https://clover.com/p/FVE88PKBNA3QG

*** REPRINT ***

Payment FVE88PKBNA3QG
Clover Privacy Policy
https://clover.com/privacy

https://app.towbook.com/impounds/Impound.aspx?id=16486943                                    1/1