**EXHIBIT F**



# Release Invoice

| Invoice # | Date | Call # |
|---|---|---|
| T84161 | 10-Nov-2020 | 142745 |

66 East Merrick Road
Freeport, New York  11520
Phone: (516) 378-9486

**Customer**

Freeport Police Impound

**Summary**

| | |
|---|---|
| Location: | 6 Leonard ST |
| Destination: | ALL COUNTY > YARD TWO |
| Reason: | Impound |
| Zone: | Towing |
| Vehicle: | 2015 Chrysler 200 (Black) |
| Owner: | |
| Phone: | |
| VIN: | 1C3CCCCB7FN545163 |
| Plate/Tag: | HFA3718    NY    Truck: 37 |
| Mileage: | Driver: 85863 |

HST #: 00000                     Terms:

| Date | Incident # | Club/PO # | Service | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| 10-Nov-2020 | | | | | | |
| | | | Administration Fee | 1.00 | 35.00 | 35.00 |
| | | | Impound Fee | 1.00 | 200.00 | 200.00 |
| | | | Storage | 15.00 | 50.00 | 750.00 |

| | |
|---|---|
| Sub Total | 985.00 |
| NYST (8.6250%) | 84.96 |
| TOTAL | 1,069.96 |
| Payments | -1,069.96 |
| Balance Owed | 0.00 |

PAID



Date Stored:    10-Nov-2020  7:41 PM
Date Released:  24-Nov-2020  11:56 AM

Released To: Alberto T Higgs
Verification: IRIS URENA

I, the undersigned, do hereby certify that I am legally authorized to take possession of the vehicle referenced above. I have received the vehicle in satisfactory condition.

Signature: _Alberto Higgs_       Date: 11/24/20

This company is not responsible for loss or damages caused by faulty tires, bumper brackets, etc. and assumes no responsibility for loss or damage by theft, fire or any other cause beyond our control, to any vehicle placed with us for storage or repair.

ACT000