**EXHIBIT G**

# December 18, 2023
# Tentative Budget
# for the
# Incorporated Village of Freeport, New York



Fiscal Year March 1, 2024 – February 28, 2025
Mayor Robert T. Kennedy, Budget Officer

**Trustees**

**Ronald J. Ellerbe, Deputy Mayor**         **Christopher L. Squeri**
**Jorge A. Martinez**                        **Evette B. Sanchez**

## Village of Freeport
## 2024- 2025 TENTATIVE BUDGET
## General Fund - Revenues

12/18/2023

| Actual FY 2021-2022 | Actual FY 2022-2023 | Account Number | Title | Adopted Budget FY 2023-2024 | Actual to Date FY 2023-2024 | Budget Requests FY 2024-2025 | Tentative Budget FY 2024-2025 |
|---|---|---|---|---|---|---|---|
| (11,130) | (10,490) | A2501 425910 | OTHER PERMITS - CLERK | (10,000) | (9,090) | (10,000) | (10,000) |
| **(1,781,717)** | **(1,766,524)** | | **Total LICENSES AND PERMITS** | **(2,205,914)** | **(1,273,105)** | **(2,393,000)** | **(3,058,000)** |
| | | | **FINES & FORFEITURES** | | | | |
| (1,272,440) | (1,101,950) | A2610 426100 | FINES & FORFEITURES | (1,272,600) | (916,008) | (1,374,000) | (1,596,600) |
| (604,500) | (733,200) | A2610 426150 | TOW FEES | (934,000) | (204,000) | (934,000) | (934,000) |
| (2,261,402) | (2,290,346) | A2610 426200 | FINES & FORFEITURES - PARKING | (2,415,000) | (1,646,272) | (2,469,400) | (3,069,400) |
| **(4,138,342)** | **(4,125,496)** | | **Total FINES & FORFEITURES** | **(4,621,600)** | **(2,766,280)** | **(4,777,400)** | **(5,600,000)** |
| | | | **MINOR SALES** | | | | |
| (1,586) | (4,683) | A2655 426500 | SALE OF SCRAP | (3,000) | (828) | (3,000) | (3,000) |
| 0 | (10) | A2655 426550 | MINOR SALES | (100) | 0 | (100) | (100) |
| **(1,586)** | **(4,693)** | | **Total MINOR SALES** | **(3,100)** | **(828)** | **(3,100)** | **(3,100)** |
| | | | **SALES AND COMP FOR LOSS** | | | | |
| (1,499,250) | (500,000) | A2660 426600 | SALE OF REAL PROPERTY | (4,230,780) | (17,000,000) | (500,000) | (4,343,934) |
| 0 | (19,040) | A2660 426650 | SALE OF VEHICLES AND EQUIP | (8,000) | 0 | (8,000) | (8,000) |
| (43,738) | (340,516) | A2660 426800 | INSURANCE RECOVERIES | (100,000) | (51,265) | (100,000) | (100,000) |
| (76,753) | (80,434) | A2660 426840 | INS RECVRS-WORKERS' COMP OTHER | (75,000) | 34,053 | (75,000) | (75,000) |
| 0 | 0 | A2660 426900 | OTHER COMPENSATION FOR LOSS | (1,000,000) | 0 | 0 | (1,000,000) |
| **(1,619,742)** | **(939,990)** | | **Total SALES AND COMP FOR LOSS** | **(5,413,780)** | **(17,017,212)** | **(683,000)** | **(5,526,934)** |
| | | | **MISC LOCAL SOURCES REV** | | | | |
| (84,175) | (40,153) | A2701 427010 | REFUND OF PRIOR YEAR | (75,000) | 2,065 | (75,000) | (75,000) |
| 0 | 0 | A2701 427155 | NASS COUNTY AID-POLICE | (11,000) | (34,000) | (11,000) | (51,000) |
| (20,600) | (63,585) | A2701 427200 | SERVICES AGREEMENT - FHA | (64,309) | (48,240) | (65,595) | (65,595) |

# January 22, 2024
# Adopted Budget
# for the
# Incorporated Village of Freeport, New York



Fiscal Year March 1, 2024 – February 28, 2025
Mayor Robert T. Kennedy, Budget Officer

### Trustees

Ronald J. Ellerbe, Deputy Mayor          Christopher L. Squeri
Jorge A. Martinez                        Evette B. Sanchez

**Ismaela M. Hernandez, Treasurer**
I certify that this is a true copy of the Budget of the Village of Freeport for the Fiscal Year ending February 28, 2025, as it was adopted by the Village Board of Trustees on January 22, 2024.

*[signature: Ismaela M. Hernandez]*

**Ismaela M. Hernandez, Treasurer**

Village of Freeport
**2024- 2025 ADOPTED BUDGET**
General Fund - Revenues

1/22/2024

| Actual FY 2021-2022 | Actual FY 2022-2023 | Account Number | Title | Adopted Budget FY 2023-2024 | Actual to Date FY 2023-2024 | Budget Requests FY 2024-2025 | Adopted Budget FY 2024-2025 |
|---|---|---|---|---|---|---|---|
| (11,130) | (10,490) | A2501 425910 | OTHER PERMITS - CLERK | (10,000) | (9,610) | (10,000) | (10,000) |
| (1,781,717) | (1,766,524) | | Total LICENSES AND PERMITS | (2,205,914) | (1,405,295) | (2,393,000) | (3,058,000) |
| | | | **FINES & FORFEITURES** | | | | |
| (1,272,440) | (1,101,950) | A2610 426100 | FINES & FORFEITURES | (1,272,600) | (1,023,198) | (1,374,000) | (1,596,600) |
| (604,500) | (733,200) | A2610 426150 | TOW FEES | (934,000) | (204,000) | (934,000) | (934,000) |
| (2,261,402) | (2,290,346) | A2610 426200 | FINES & FORFEITURES - PARKING | (2,415,000) | (1,831,903) | (2,469,400) | (3,069,400) |
| (4,138,342) | (4,125,496) | | Total FINES & FORFEITURES | (4,621,600) | (3,059,101) | (4,777,400) | (5,600,000) |
| | | | **MINOR SALES** | | | | |
| (1,586) | (4,683) | A2655 426500 | SALE OF SCRAP | (3,000) | (1,069) | (3,000) | (3,000) |
| 0 | (10) | A2655 426550 | MINOR SALES | (100) | 0 | (100) | (100) |
| (1,586) | (4,693) | | Total MINOR SALES | (3,100) | (1,069) | (3,100) | (3,100) |
| | | | **SALES AND COMP FOR LOSS** | | | | |
| (1,499,250) | (500,000) | A2660 426600 | SALE OF REAL PROPERTY | (4,230,780) | (17,000,000) | (500,000) | (4,343,934) |
| 0 | (19,040) | A2660 426650 | SALE OF VEHICLES AND EQUIP | (8,000) | 0 | (8,000) | (8,000) |
| (43,738) | (340,516) | A2660 426800 | INSURANCE RECOVERIES | (100,000) | (64,071) | (100,000) | (100,000) |
| (76,753) | (80,434) | A2660 426840 | INS RECVRS-WORKERS' COMP OTHER | (75,000) | 18,938 | (75,000) | (75,000) |
| 0 | 0 | A2660 426900 | OTHER COMPENSATION FOR LOSS | (1,000,000) | 0 | 0 | (1,000,000) |
| (1,619,742) | (939,990) | | Total SALES AND COMP FOR LOSS | (5,413,780) | (17,045,134) | (683,000) | (5,526,934) |
| | | | **MISC LOCAL SOURCES REV** | | | | |
| (84,175) | (40,153) | A2701 427010 | REFUND OF PRIOR YEAR | (75,000) | 2,065 | (75,000) | (75,000) |
| 0 | 0 | A2701 427155 | NASS COUNTY AID-POLICE | (11,000) | (34,000) | (11,000) | (51,000) |
| (20,600) | (63,585) | A2701 427200 | SERVICES AGREEMENT - FHA | (64,309) | (53,600) | (65,595) | (65,595) |