**EXHIBIT J**

Mail - Sysadmin@freeportpolice.org                                     https://outlook.freeportpolice.org/owa/#path=/mail/searcl

## Scofflaw Program 10262016

**Smith, Deputy Chief Michael J.**
Wed 10/26/2016 4:30 PM

To: All Sworn Personnel <AllSwornPersonnel@freeportpolice.org>;
Cc: All Dispatchers <AllDispatchers@freeportpolice.org>; Muldowney, Mary Clerical <m.muldowney@freeportpolice.org>;

To All:

    This department will be working in conjunction with the village court to enforce parking scofflaws. A list of vehicles will be provided to this department which currently have 3 or more outstanding parking summonses. These vehicles will be entered into the LPR system as a scofflaw vehicle. Only parked unoccupied vehicles will be impounded as a scofflaw. The LPR system will be utilized to assist in notifying the department that the scofflaw vehicle has entered the village. The vehicle can then be checked to determine if it is at its registered owners address or location of last summonses. This information will be provided along with the vehicle description.

    If a scofflaw vehicle is located, the vehicle will be impounded as per current guidelines. The vehicle will not be released until notification from the court is made that the scofflaw has settled his debt. No plates are to be removed from the vehicle until a release is received from the court.

    A new blotter type has been created, "Impound Scofflaw". This blotter will be used to document the scofflaw vehicle which is impounded.

List of vehicles to follow under separate email.

MS

03/27/2024FREEPORT #57

1 of 1                                                                                      9/12/2023, 4:56 P